UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NUMBER: 7:12-CR-66-1BO

United States of America

vs.                                           ORDER

JESUS PINEDA

  IT IS HEREBY ORDERED that the following Government Exhibit(s) be returned to <u>Agent Edwin Eubanks</u> and remain in his custody through the time of sentencing and any proceeding on appeal or review.

<u>Govt's Exhibit: #5 - Outer package from cocaine evidence 1/25/2012</u>
<u>Govt's Exhibit: #6 - Cocaine from buy on 1/25/2012</u>
<u>Govt's Exhibit: #12 - Sawed off shotgun from 1/25/2-12</u>
<u>Govt's Exhibit: #20 - Outer package of cocaine evidence</u>
<u>Govt's Exhibit: #21 - cocaine from buy on 2/8/2012</u>
<u>Govt's Exhibit: #26 - Hi-point from buy on 2/8/2012</u>
<u>Govt's Exhibit: #27 - Bullets from Hi-Point</u>

This 11th day of February, 2013 - Exhibit received by:

*Eddie Eubanks*
Print name

*E.L. Eubanks* (signature)
Sign name

February 11th, 2013

*Terrence Boyle* (signature)
TERRENCE W. BOYLE, US District Judge